ISAAC SHAPIRO, Respondent, v. MORRIS DANZIG, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and·Van Voorhis, JJ.   [See 274 App. Div. 763.]

### (May 19, 1948.)

In the Matter of THOMAS COSTIGAN, an Attorney.— Motion for reinstatement granted. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

D. RICHARD STATILE, Respondent, v. FAWCETT PUBLICATIONS, INC., Appellant. — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.